Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas, Texas 75214
(214) 827-9112

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### NORTHERN TX DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MARITECH WINDOWS LLC | § | Case No. 14-32490 SGJ |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JAMES W. CUNNINGHAM, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                      Clerk, U.S. Bankruptcy Court
                      Room 1254
                      1100 Commerce Street
                      Dallas, TX 75242-1496

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on in Courtroom 1,

                      United States Courthouse
                      1100 Commerce Street
                      Dallas, Texas 75242

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: James W. Cunningham_____
                                                                                      Trustee

*James W. Cunningham, Trustee*
*6412 Sondra Drive*
*Dallas, TX 75214-3451*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN TX DISTRICT OF TEXAS
## DALLAS DIVISION

In Re: §
§
MARITECH WINDOWS LLC § Case No. 14-32490 SGJ
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 530,703.90 |
| and approved disbursements of | $ | 366,592.67 |
| leaving a balance on hand of[1] | $ | 164,111.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 047S | 1st Priority Services Inc | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 068 | PlainsCapital Bank | $ 3,044,764.87 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 164,111.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: James W. Cunningham, Trustee | $ 29,785.20 | $ 0.00 | $ 29,785.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: James W. Cunningham, Trustee | $ 48.35 | $ 0.00 | $ 48.35 |
| Attorney for Trustee Fees: Cavazos Hendricks Poirot & Smitham  P.C. | $ 243,610.00 | $ 243,610.00 | $ 0.00 |
| Attorney for Trustee Expenses: Cavazos Hendricks Poirot & Smitham  P.C. | $ 7,482.61 | $ 7,482.61 | $ 0.00 |
| Accountant for Trustee Fees: Lain, Faulkner & Co., P.C. | $ 104,400.00 | $ 104,400.00 | $ 0.00 |
| Accountant for Trustee Expenses: Lain, Faulkner & Co., P.C. | $ 2,882.33 | $ 2,882.33 | $ 0.00 |
| Other: Comptroller of Public Accounts | $ 7,120.52 | $ 0.00 | $ 7,120.52 |

Total to be paid for chapter 7 administrative expenses      $       36,954.07

Remaining Balance      $       127,157.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 550,358.53  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 002 | Lucino Santana | $ 512.00 | $ 0.00 | $ 512.00 |
| 004 | JM Partners LLC | $ 2,085.00 | $ 0.00 | $ 2,085.00 |
| 009 | SHON MINYARD | $ 350.00 | $ 0.00 | $ 350.00 |
| 011 | Roy Wrick | $ 1,306.25 | $ 0.00 | $ 1,306.25 |
| 012 | Texas Workforce Commission | $ 27,464.29 | $ 0.00 | $ 4,277.26 |
| 019 | TINA GERBER | $ 1,320.00 | $ 0.00 | $ 1,320.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 020 | JODY GERBER | $ 3,150.00 | $ 0.00 | $ 3,150.00 |
| 021 | LISA BARNES | $ 600.00 | $ 0.00 | $ 600.00 |
| 022P | METROPLEX WELDING SUPPLY INC | $ 10,144.14 | $ 0.00 | $ 10,144.14 |
| 029 | Rodolfo F Mendez | $ 3,160.00 | $ 0.00 | $ 3,160.00 |
| 030 | Demeron Brown | $ 800.00 | $ 0.00 | $ 800.00 |
| 031 | David Washburn | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| 032 | Jose L.Trejo | $ 520.00 | $ 0.00 | $ 520.00 |
| 033 | George Fredrick Talbot | $ 755.00 | $ 0.00 | $ 755.00 |
| 034 | MARIA CHAVEZ | $ 698.80 | $ 0.00 | $ 698.80 |
| 037 | CHARLES LAND | $ 1,895.39 | $ 0.00 | $ 1,895.39 |
| 040 | JM Partners LLC | $ 1,644.00 | $ 0.00 | $ 1,644.00 |
| 041 | Steve L. Mathis | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| 046 | KRISTOPHER CRAWFORD | $ 1,592.97 | $ 0.00 | $ 1,592.97 |
| 047P | 1st Priority Services Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 055 | George Talbot | $ 688.00 | $ 0.00 | $ 688.00 |
| 063P | Bertis BRITT Little II | $ 3,104.28 | $ 0.00 | $ 3,104.28 |
| 065 | Texas Comptroller of Public Accounts | $ 33,840.89 | $ 0.00 | $ 5,270.34 |
| 066 | Texas Comptroller of Public Accounts | $ 26,483.53 | $ 0.00 | $ 4,124.52 |
| 067 | Griselda Stinner | $ 6,136.20 | $ 0.00 | $ 6,136.20 |
| 069 | Maria Betty Medina | $ 758.00 | $ 0.00 | $ 758.00 |
| 071 | Delfina Canas | $ 300.00 | $ 0.00 | $ 300.00 |
| 072 | Antonio Guajardo | $ 1,063.34 | $ 0.00 | $ 1,063.34 |
| 073 | Patrick Moore | $ 370.96 | $ 0.00 | $ 370.96 |
| 074 | Dallas County | $ 31.24 | $ 0.00 | $ 4.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 075 | Adelina Granados | $ 1,011.45 | $ 0.00 | $ 1,011.45 |
| 076 | Reina Calles de Iraheta | $ 736.76 | $ 0.00 | $ 736.76 |
| 078 | Teresa DeJesus Tobar | $ 665.00 | $ 0.00 | $ 665.00 |
| 079 | Claudia Ramirez | $ 922.62 | $ 0.00 | $ 922.62 |
| 081 | Internal Revenue Service | $ 413,448.42 | $ 0.00 | $ 64,390.01 |
| 087 | Henry Orlando Perez Alverez | $ 800.00 | $ 0.00 | $ 800.00 |
| | Total to be paid to priority creditors | | | $ 127,157.16 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,396,120.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 001 | Wells Fargo Financial Leasing, Inc. | $ 42,395.79 | $ 0.00 | $ 0.00 |
| 003 | Tyco Integrated Security | $ 1,709.25 | $ 0.00 | $ 0.00 |
| 005 | MP STAR FINANCIAL F/B/O | $ 19,477.07 | $ 0.00 | $ 0.00 |
| 006 | VYTRON CORPORATION | $ 103,171.06 | $ 0.00 | $ 0.00 |
| 007 | United Rentals | $ 6,774.82 | $ 0.00 | $ 0.00 |
| 008 | Sika Corporation | $ 15,992.42 | $ 0.00 | $ 0.00 |
| 010 | CYNTHIA LUSTER | $ 74,967.80 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 013 | Insurance One Agency, LC | $ 55,617.42 | $ 0.00 | $ 0.00 |
| 014 | L. ROBERTO LOMAS P.E. | $ 8,208.98 | $ 0.00 | $ 0.00 |
| 015 | Foam Packaging | $ 27,393.00 | $ 0.00 | $ 0.00 |
| 016 | World Resources | $ 4,507.25 | $ 0.00 | $ 0.00 |
| 017 | BUCKLEY OIL COMPANY | $ 9,752.62 | $ 0.00 | $ 0.00 |
| 018 | Saint Jo Farm & Ranch, Inc | $ 1,287.42 | $ 0.00 | $ 0.00 |
| 022U | METROPLEX WELDING SUPPLY INC | $ 16,395.63 | $ 0.00 | $ 0.00 |
| 023 | ERDMAN AUTOMATION CORPORATION | $ 4,471.20 | $ 0.00 | $ 0.00 |
| 024 | Southwest International Trucks, Inc. | $ 416,216.00 | $ 0.00 | $ 0.00 |
| 025 | Southeastern Freight Lines, Inc. | $ 1,457.90 | $ 0.00 | $ 0.00 |
| 026 | MGM Printing Services, Inc. | $ 3,464.70 | $ 0.00 | $ 0.00 |
| 027 | Assoc. Hand and Plastic Surgery | $ 303.00 | $ 0.00 | $ 0.00 |
| 028 | Busy Bee Check Cashing | $ 21,663.00 | $ 0.00 | $ 0.00 |
| 035 | Atrium Windows and Doors | $ 23,425.17 | $ 0.00 | $ 0.00 |
| 036 | Altex Electronics, Ltd. | $ 729.86 | $ 0.00 | $ 0.00 |
| 038 | StoneRiver Pharmacy Solutions | $ 142.91 | $ 0.00 | $ 0.00 |
| 039 | Quick Draw Printing | $ 1,355.78 | $ 0.00 | $ 0.00 |
| 042 | VEKA | $ 1,662,924.91 | $ 0.00 | $ 0.00 |
| 043 | Genesis Vinyl Window Color System,LLC | $ 138,755.28 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 044 | D & R SAW & TOOL, INC | $ 278.47 | $ 0.00 | $ 0.00 |
| 045 | GreatAmerica Financial Svcs Corp | $ 56,083.27 | $ 0.00 | $ 0.00 |
| 048 | Hill Design Products, Inc. | $ 18,131.00 | $ 0.00 | $ 0.00 |
| 049 | Charles E. Still Consulting Services | $ 6,400.00 | $ 0.00 | $ 0.00 |
| 050U | Cirro Energy | $ 21,182.79 | $ 0.00 | $ 0.00 |
| 051 | Dallas Field Service | $ 426.72 | $ 0.00 | $ 0.00 |
| 052 | Pirtek Plano South | $ 1,724.61 | $ 0.00 | $ 0.00 |
| 053 | Fuelman of DFW | $ 47,792.80 | $ 0.00 | $ 0.00 |
| 054 | Atmos Energy Corporation | $ 15,715.01 | $ 0.00 | $ 0.00 |
| 056 | Forest Lumber Company | $ 198,000.76 | $ 0.00 | $ 0.00 |
| 057 | Amesbury Hardware Products | $ 168,246.63 | $ 0.00 | $ 0.00 |
| 058 | TRUTH HARDWARE | $ 0.00 | $ 0.00 | $ 0.00 |
| 059 | TRUTH HARDWARE | $ 54,446.77 | $ 0.00 | $ 0.00 |
| 060 | AmesburyTruth Amesbury Operations | $ 13,548.46 | $ 0.00 | $ 0.00 |
| 061 | Amesbury Door Hardware | $ 594.00 | $ 0.00 | $ 0.00 |
| 062 | Xerox Corporation | $ 19,855.50 | $ 0.00 | $ 0.00 |
| 063U | Bertis BRITT Little II | $ 20.00 | $ 0.00 | $ 0.00 |
| 064 | Israel Mendoza-Avila | $ 0.00 | $ 0.00 | $ 0.00 |
| 070 | EFC Inc | $ 8,194.00 | $ 0.00 | $ 0.00 |
| 077 | IPFS Corporation | $ 31,503.74 | $ 0.00 | $ 0.00 |
| 083 | Teresa Tobar | $ 700.00 | $ 0.00 | $ 0.00 |
| 084 | Quanex IG Systems, Inc. | $ 43,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 085 | American Express Travel Related Svcs Co | $ 22,000.00 | $ 0.00 | $ 0.00 |
| 086 | Ultrafab Inc. | $ 5,715.55 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,332.34 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 080 | Swift Supply, Inc. | $ 5,332.34 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/James W. Cunningham
Trustee

*James W. Cunningham, Trustee*
*6412 Sondra Drive*
*Dallas, TX 75214-3451*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.